FILED
CLERK, U.S. DISTRICT COURT

4/14/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAN CASTRO,<br><br>   Plaintiff,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>   Defendant | CASE NO.: 8:20-cv-02223-CJC-KES<br><br>**ORDER OF DISMISSAL (DKT. 16)** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED.


DATED: April 14, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE